FILE COPY

No. 07-13-00280-CR

| | | |
|---|---|---|
| Teresa Aguilera<br>  Appellant | § | From the 181st District Court<br>  of Potter County |
| | § | |
| v. | | July 30, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Campbell |

## J U D G M E N T

Pursuant to the opinion of the Court dated July 30, 2015, it is ordered, adjudged and decreed that the August 30, 2013 "nunc pro tunc judgment of conviction by jury" is modified at page 2, beneath the heading "Furthermore, the following special findings or orders apply:" there is added, "As used in this judgment, the term 'court costs' does not include court-appointed attorney's fees." As modified, the judgment of the trial court is affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o